# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

MONIQUE N. HORTON,          )
                            )
        Petitioner,         )
                            )
v.                          )          CIVIL ACTION NO.
                            )          7:15-cv-01369-LSC-JEO
                            )
A. WASHINGTON-ADDUCI,       )
                            )
        Respondent.         )

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 and the

"savings clause" of 28 U.S.C. § 2255(e), by Monique N. Horton, a federal prisoner

acting *pro se*. (Doc. 1). In her petition, Horton challenges her 2003 conviction

and sentence entered by the United States District Court for the District of Kansas.

(*Id.*) On March 20, 2017, the magistrate judge to whom the action was referred for

preliminary review entered a Report and Recommendation ("R&R") pursuant to

28 U.S.C. § 636(b), recommending that the petition be dismissed for lack of

jurisdiction. (Doc. 9, R&R). The period in which to file objections has now

expired with none having been filed.

Having carefully reviewed and considered *de novo* all the materials in the

court file, including the magistrate judge's report and recommendation, the court

is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**.  Accordingly, Horton's petition for a writ of habeas corpus is due to be **DISMISSED** for want of jurisdiction.  A separate Final Order will be entered.

      Done this 20th day of April 2017.

                                   L. Scott Coogler
                        United States District Judge

[160704]